DAVID J. KAMINSKI (State Bar No. 128509)
kaminskd@cmtlaw.com
MICHAEL P. LAVIGNE (State Bar No. 216538)
LavigneM@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
PENNCRO ASSOCIATES, INC.

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SILVA,<br><br>         Plaintiff,<br><br>    VS.<br><br>PENNCRO ASSOCIATES, INC.,<br><br>         Defendant. | CASE NO. 2:09-CV-02840-SJO-E<br><br>**ORDER OF DISMISSAL**<br><br>**[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]**<br><br>District Judge S. James Otero |

The Court has reviewed the Stipulation of Plaintiff JASON SILVA and Defendant PENNCRO ASSOCIATES, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

///

///

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

The Court shall retain jurisdiction solely for settlement enforcement purposes.

**IT IS SO ORDERED**

DATED: 7/7/09

_____
UNITED STATES DISTRICT JUDGE